UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CHARLES MACHULAS,                         CASE NO.: 6:24-CV-1245

    Plaintiff,

vs.

BLUE OX ENTERPRISES, LLC,
MATTHEW LEMBRICH, AND STEVEN
LEMBRICH,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    STEVEN LEMBRICH
        193 SUNNYDALE DR
        DEBARY, FL 32713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue, Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____                          CLERK OF COURT

                                                _____
                                                Signature of Clerk or Deputy Clerk

Civil Action No.:

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____was received by me on *(date)*_____.

☐  I personally served the summons on the individual at *(place)* _____
   _____, _____on *(date)*_____; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*
   _____ _____, a person of suitable age and
   discretion who resides there,_____on *(date)*
   , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)*_____
   designated by law to accept service of process on behalf of *(name of organization)*
   _____ _____on *(date)* _____; or

☐  I returned the summons unexecuted because _____; or

☐  Other *(specify)*:
                                                                                  .

My fees are $_____for travel and $_____for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date:_____                    _____
                                    *Server's Signature*

                                    _____
                                    *Printed Name and Title*

                                                                         _____
                                                                               *Server's address*

Additional information regarding attempted service, etc: