UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CHARLES MACHULAS,   CASE NO.: 6:24-CV-01245-PGB-DCI

    Plaintiff,

vs.

BLUE OX ENTERPRISES, LLC,
MATTHEW LEMBRICH, AND
STEVEN LEMBRICH,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq. of FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Charles Machulas, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 10th day of July 2024.

          s/ Patrick Brooks LaRou
          Patrick Brooks LaRou, Esq.
          Florida Bar No. 1039018
          brooks@fairlawattorney.com
          FAIRLAW FIRM
          135 San Lorenzo Avenue, Suite 770
          Coral Gables, Florida 33146
          Telephone: (305) 230-4884
          *Counsel for Plaintiff*