UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CHARLES MACHULAS,

                              CASE NO.: 6:24-CV-1245-PGB-DCI

    Plaintiff,

vs.

BLUE OX ENTERPRISES, LLC,
MATTHEW LEMBRICH, AND
STEVEN LEMBRICH,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL

    Plaintiff, Charles Machulas, pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court and all parties that Brian H. Pollock, Esq., of FairLaw Firm is designated as Plaintiff's lead counsel.

    Respectfully submitted this 10th day of July 2024,

                                          Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq.
                                          Fla. Bar No. 174742
                                          brian@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue

Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*