UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA

CASE NO: **6:24-CV-1245**

**CHARLES MACHULAS,**
PLAINTIFF,

vs.

**BLUE OX ENTERPRISES, LLC**
**MATTHEW LEMBRICH, AND**
**STEVEN LEMBRICH,**
DEFENDANT.
_____/

**PLAINTIFF'S MOTION TO APPOINT PROCESS SERVER**

COMES NOW the PLAINTIFF, CHARLES MACHULAS, by and through his undersigned counsel, pursuant to Rule 1.070, Fla.R.Civ.P., as made applicable herein, moves this Honorable Court to constitute and appoint JOSHUA KES, GRADY LEGETTE, WILLIAM KES, JUSTIN SAR, TITUS RANG and SOPHANATH KES of Accurate Serve or its agent, to serve process in the above styled cause. PLAINTIFF CHARLES MACHULAS would respectfully show that said ACCURATE SERVE or its agent is over the age of twenty-one (21) years and is a disinterested party to this action.

CERTIFICATE OF SERVICE

I certify that a copy of this document was filed via Florida Courts E-Filing Portal on the 16th day of July 2024.

 s/Brian H. Pollock, Esq.
 Brian H. Pollock, Esq.
 Fla. Bar No. 174742
 brian@fairlawattorney.com
 FAIRLAW FIRM
 135 San Lorenzo Avenue
 Suite 770
 Coral Gables, FL 33146
 Tel:    305.230.4884

*Counsel for Plaintiff*