UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:24-CV-1245-PGB-DCI

CHARLES MACHULAS,

    Plaintiff,

vs.

BLUE OX ENTERPRISES, LLC,
MATTHEW LEMBRICH, AND
STEVEN LEMBRICH,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, BLUE OX ENTERPRISE, LLC**

    Plaintiff, Charles Machulas files the Return of Service on Defendant, Blue Ox Enterprise, LLC (served on July 16, 2024).

    Dated this 24th day of July 2024.

                                                s/Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq.
                                                Fla. Bar No. 174742
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:    305.230.4884
                                                *Counsel for Plaintiff*