# VERIFIED RETURN OF SERVICE

Job # MIA17425

### Client Info:

FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

### Case Info:

| | |
|---|---|
| **PLAINTIFF:**<br>CHARLES MACHULAS,<br> -versus-<br>**DEFENDANT:**<br>BLUE OX ENTERPRISES, LLC, | UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF<br>FLORIDA<br>Court Division: CIVIL ACTION<br><br>Court Case # **6:24-CV-1245** |

### Service Info:

**Received by BENNY GONZALEZ: on July, 16th 2024** at **09:12 AM**
**Service:** I Served **BLUE OX ENTERPRISES, LLC C/O MATHEW LEMBRICH, ITS REGISTERED AGENT**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)**
by leaving with **TARIKA FALOPE, ADMINISTRATIVE**

**At BUSINESS 500 NORTH WAY SANFORD, FL 32773**
On **7/22/2024** at **11:00 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

### Served Description:  (Approx)

Age: **30**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 4"**, Weight: **140**, Hair: **Black** Glasses:  **No**

I **BENNY GONZALEZ** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



**BENNY GONZALEZ**
Lic # **180016 & 0298**

**ACCURATE SERVE PLANTATION**
151 N NOB HILL ROAD SUITE 254
Plantation, FL 33324

Client # Charles Machulas v. Blue Ox Enterprises,
LLC
Ref # ORL243682




1 of 1

DATE: 7/22/2024 TIME: 11:00 AM
MILITARY: NA
MARITAL STATUS: NA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CHARLES MACHULAS,                          CASE NO.: 6:24-CV-1245


            Plaintiff,


vs.


BLUE OX ENTERPRISES, LLC,
MATTHEW LEMBRICH, AND STEVEN
LEMBRICH,


            Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:     BLUE OX ENTERPRISES, LLC
        c/o MATHEW LEMBRICH, its Registered Agent
        500 NORTH WAY
        SANFORD, FL 32773

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received
it) — or 60 days if you are the United States or a United States agency, or an officer or employee
of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff
an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

                        Brian H. Pollock, Esq.
                        FairLaw Firm
                        135 San Lorenzo Avenue, Suite 770
                        Coral Gables, FL 33146
                        Tel:     (305) 230-4884