UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES MACHULAS,

    Plaintiff,                                  CASE NO.:  6:24-cv-1245-PGB-DCI

v.

BLUE OX ENTERPRISES, LLC,
MATTHEW LEMBRICH, AND
STEVEN LEMBRICH,

    Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action:

_____   IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

__X__   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  August 26, 2024.

                                            */s/John Finnigan*
                                            John Finnigan
                                            Florida Bar No.:  0972363
                                            FINNIGAN LAW FIRM, P.A.
                                            1700 Maitland Avenue
                                            Maitland, Florida 32751
                                            Telephone: (407) 478-3700
                                            Facsimile:  (407) 478-6999

Email: John@Finniganlaw.com
Counsel for the Defendants