UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES MACHULAS,

    Plaintiff,                                 CASE NO.: 6:24-cv-1245-PGB-DCI

v.

BLUE OX ENTERPRISES, LLC,
MATTHEW LEMBRICH, AND
STEVEN LEMBRICH,

    Defendants.
_____/

**DEFENDANTS, BLUE OX ENTERPRISES, LLC,**
**MATTHEW LEMBRICH AND STEVEN LEMBRICH'S**
**NOTICE OF LEAD COUNSEL DESIGNATION**

COME NOW Defendants, Blue Ox Enterprises, LLC, Matthew Lembrich and Steven Lembrich, by and through the undersigned counsel, and pursuant to Middle District of Florida Local Rule 2.02(a), hereby designates John Finnigan as their Lead Counsel in this matter.

Dated: September 10, 2024.

                                        Respectfully submitted,

                                        ***/s/John Finnigan***
                                        John Finnigan
                                        Florida Bar No.: 0972363
                                        FINNIGAN LAW FIRM, P.A.
                                        1700 Maitland Avenue
                                        Maitland, Florida 32751
                                        Telephone: (407) 478-3700
                                        Facsimile: (407) 478-6999
                                        Email: John@Finniganlaw.com
                                        Lead Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 10, 2024, my law firm's Legal Assistant, Diane Naas, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brian H. Pollock, Esquire, FairLaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146, at email: brian@fairlawattorney.com.

*/s/John Finnigan*
John Finnigan