UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES MACHULAS,

        Plaintiff,

v.                                                   Case No. 6:24-cv-1245-PGB-DCI

BLUE OX ENTERPRISES, LLC, MATTHEW
LEMBRICH and STEVEN LEMBRICH,

        Defendants.

| UNITED STATES MAGISTRATE JUDGE: | Daniel C. Irick | COURTROOM: | ZOOM |
|---|---|---|---|
| DEPUTY CLERK: | Tiffany Palmer | COUNSEL FOR PLAINTIFF: | Brooks LaRou |
| AUDIO RECORDING: | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | COUNSEL FOR DEFENDANT: | John Finnigan |
| DATE/TIME: | September 24, 2024<br>10:01 A.M. – 10:13 A.M. | | |
| TOTAL TIME: | 12 minutes | | |

CLERK'S MINUTES
IDEAL Case Management Conference

Case called; appearances taken; procedural setting by the Court.
Court informs parties of the IDEAL program.
Counsel informs Court that they plan to consent to magistrate jurisdiction.
FLSA scheduling order to enter.
Ore tenus unopposed motion to file an amended answer.
Ore tenus order granted.
Court adjourned.