UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CHARLES MACHULAS,  　　　　　　　CASE NO.: 6:24-CV-01245-PGB-DCI

　　　　Plaintiff,

vs.

BLUE OX ENTERPRISES, LLC,
MATTHEW LEMBRICH, AND
STEVEN LEMBRICH,

　　　　Defendants.
_____/

### PLAINTIFF'S ANSWER TO COURT'S INTERROGATORIES

Plaintiff, Charles Machulas, pursuant to the Court's FLSA Scheduling Order entered September 25, 2024 [D.E. 25], responds to the Court's Interrogatories as follows:

1. During what period of time were you employed by the Defendant(s)?

   **ANSWER: March 2017 through January 26, 2024.**

2. Who was your immediate supervisor?

   **ANSWER: Mike Grief.**

3. Did you have a regularly scheduled work period? If so, specify.

   **ANSWER: I was required to work Monday through Friday, from 5:00 a.m. to 4:00 p.m. or 5:00 p.m. I was also required to perform work on weekends.**

1

4. What was your title or position? Briefly describe your job duties.

   **ANSWER: I worked as a Driver for Defendants. My job duties included operating water trucks, dump trucks, mini transports, and other heavy construction equipment, and maintaining the trucks which I operated.**

5. What was your regular rate of pay?

   **ANSWER: From July 9, 2021 until April 9, 2022, I was paid $1,400.00 per week. From April 10, 2022 until December 30, 2023, I was paid $1,600.00 per week. From December 31, 2023 until January 26, 2024, I was paid $1,800.00 per week. Throughout my employment, this weekly salary was intended to compensate me for a 40-hour workweek.**

6. What is the nature of your claim (check all that apply)?

   __X__ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

   __X__ Misclassification (Defendant mistakenly classified you as exempt from overtime);

   _____ Miscalculation (Defendant failed to correctly calculate your compensation;

   _____ Other (Please describe):

   _____

   _____

   _____

7. Provide an accounting of your claim, including:

   (a) dates

   (b) regular hours worked

   (c) over-time hours worked

   (d) pay received versus pay claimed

2

(e) total amount claimed

**ANSWER:**

(a) I am claiming overtime wages from July 9, 2021 through January 26, 2024.

(b) I am not claiming regular wages in this action.

(c) I estimate that I worked approximately 17.5 hours of overtime per week for Defendants.

(d) From July 9, 2021 until April 9, 2022, I estimate that I should have been paid $1,613.04 per week. However, Defendants only paid me $1,400.00 per week. From April 10, 2022 until December 30, 2023, I estimate that I should have been paid $1,843.48 per week. However, Defendants only paid me $1,600.00 per week. From December 31, 2023 until January 26, 2024, I estimate that I should have been paid $2,073.91 per week. However, Defendants only paid me $1,800.00 per week.

(e) $30,586.96 (excluding liquidated damages, costs, and attorneys' fees).

8. If you have brought this case as a collective action:

   (a) Describe the class of employees you seek to include in this action.

   (b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

   **ANSWER:**

   (a) **I did not bring this case as a collective action.**

   (b) **I did not bring this case as a collective action.**

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

   **ANSWER: As of the time of this Answer's filing, Plaintiff has incurred at least the following fees and costs:**

3

|  |  |  |
|---|---|---|
| **Costs:** |  | $788.80 |
| **Attorneys' Fees:** |  |  |
| Brian H. Pollock, Esq. | ($500.00/hr × 5.20 hrs) | $2,600.00 |
| P. Brooks LaRou, Esq. | ($325.00/hr × 20.40 hrs) | $6,630.00 |
| Steffany Sanguino | ($165.00/hr × 10.94 hrs) | $1,805.10 |
|  | **Grand Total:** | **$11,823.90** |

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

    **ANSWER:** I did not complain to Defendants regarding my unpaid overtime during my employment. My attorneys first complained to Defendants of my claims for unpaid overtime by filing the Complaint which initiated this lawsuit.

11. Was this complaint written or oral? (If a written complaint, please attach a copy).

    **ANSWER:** I did not complain to Defendants regarding my unpaid overtime during my employment. My attorneys first complained to Defendants of my claims for unpaid overtime by filing the Complaint which initiated this lawsuit.

12. What was your employer's response? (If a written response, please attach a copy).

    **ANSWER:** Defendants responded to the Complaint by filing their Answer and Affirmative Defenses.


Charles MACHULAS (Oct 25, 2024 11:10 EDT)
**Plaintiff's Signature**

# Charles MACHULAS
**Plaintiff's Printed Name**

4

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

STATE OF FLORIDA
COUNTY OF Dade

The foregoing instrument was acknowledged before me by means of ____ physical or ✓ online notarization, by CHARLES MACHULAS, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN AND SUBSCRIBED before me by means of ____ physical presence or ✓ online notarization, on this 25 day of October, 2024.

NOTARY PUBLIC

**Notary Stamp**



Signature of Person Taking Acknowledgment
Print Name: Steffany Sanguino
Title: Notary Public
Serial No. (if any):
Commission Expires:

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through CM/ECF and served by email this 25th day of October 2024 on John Finnigan, Esq., john@finniganlaw.com, FINNIGAN LAW FIRM, P.A., 1700 Maitland, Florida 32751, as *Counsel for Defendants*.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@farilawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
