UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CHARLES MACHULAS,                       CASE NO.: 6:24-CV-01245-PGB-DCI

    Plaintiff,

vs.

BLUE OX ENTERPRISES, LLC,
MATTHEW LEMBRICH, AND STEVEN
LEMBRICH,

    Defendants.
_____/

## STIPULATED CONSENT TO IDEAL PROGRAM AND TO MAGISTRATE JUDGE AUTHORITY

You may consent to participate in the Inexpensive Determination, Efficient, and Abbreviated Litigation (**IDEAL**) Program including referral of your case to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to IDEAL and Magistrate Judge's Authority.* The following parties stipulate, and consent to submission of this case to the IDEAL Program, to be bound by the Policies of the program, and have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

*Printed names of parties and attorneys*   *Signatures of parties or attorney*   *Dates*

1

Brian H. Pollock, Esq.
Patrick Brooks LaRou, Esq.   <u>s/Patrick Brooks LaRou, Esq.</u>   09/24/2024
*Counsel for Charles Machulas*

John Finnigan, Esq.
*Counsel for Blue Ox Enterprises, LLC,*   <u>s/John Finnigan, Esq.</u>   09/24/2024
*Matthew Lembrich, and Steven Lembrich*

**Reference Order**

  **IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and orer the entry of a final judgment in accordance with <u>28 U.S.C. § 636(c)</u> and <u>Fed. R. Civ. P. 73</u>.

Date: 11/8/2024

_____
District Judge's signature

Paul Byron US District Judge
_____
Printed name and title

Note: Return this form to the Clerk of Court only if you are consenting to the exercise of jurisdiction by a United States Magistrate Judge. Do not return this form to a judge.

Respectfully submitted this 24th day of September 2024.

s/Patrick Brooks LaRou, Esq.
Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
