UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

CHARLES MACHULAS,

        Plaintiff,

v.                                          Case No. 6:24-cv-1245-DCI

BLUE OX ENTERPRISES, LLC, MATTHEW
LEMBRICH and STEVEN LEMBRICH,

        Defendants.

| **UNITED STATES DISTRICT JUDGE:** | Daniel C. Irick | **COURTROOM:** | **ZOOM** |
|---|---|---|---|
| **DEPUTY CLERK:** | Tiffany Palmer | **COUNSEL FOR PLAINTIFF:** | Brian H. Pollock |
| **AUDIO RECORDING:** | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **COUNSEL FOR DEFENDANT:** | John M. Finnigan |
| **DATE/TIME:** **TOTAL TIME:** | November 21, 2024 11:05 A.M. – 11:08 A.M. 3 minutes | | |

**CLERK'S MINUTES**
**Case Management Conference**

Case called; appearances taken; procedural setting by the Court.
Court informs parties that the FLSA scheduling order was previously entered.
Court adjourned.