UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES MACHULAS,   CASE NO.: 6:24-cv-1245-PGB-DCI

    Plaintiff,

vs.

BLUE OX ENTERPRISES, LLC,
MATTHEW LEMBRICH, AND
STEVEN LEMBRICH,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Charles Machulas and Defendants Blue Ox Enterprises, LLC, Matthew Lembrich, and Steven Lembrich (collectively, the "Parties") by and through their undersigned attorneys notify the Court pursuant to M.D. Fla. Local Rule 3.09 and this Court's Scheduling Order entered September 25, 2024 [D.E. 25] that the Parties have settled the above captioned action and are in the process of drafting and executing the written Settlement Agreement.

Respectfully submitted this 25th day of November 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ John M. Finnigan |
| Brian H. Pollock, Esq. (174742) | John M. Finnigan, Esq. (972363) |
| brian@fairlawattorney.com | john@finniganlaw.com |
| Patrick Brooks LaRou, Esq. (1039018) | FINNIGAN LAW FIRM, P.A. |
| brooks@fairlawattorney.com | 1700 Maitland Avenue |
| FAIRLAW FIRM | Maitland, Florida 32751 |
| 135 San Lorenzo Avenue, Suite 770 | Telephone: (407) 478-3700 |
| Coral Gables, Florida 33146 | *Counsel for Defendants* |
| Telephone: (305) 230-4884 | |
| *Counsel for Plaintiff* | |