**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CHARLES MACHULAS,**

      **Plaintiff,**

v.                                                                                            **Case No: 6:24-cv-1245-DCI**

**BLUE OX ENTERPRISES, LLC,
MATTHEW LEMBRICH and STEVEN
LEMBRICH,**

      **Defendants.**

**ORDER**

      This is an FLSA case. *See generally* 29 U.S.C. §§ 201 to 209. The parties filed a Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice. Doc. 34 (the Motion). The parties attached the FLSA Settlement Agreement to the Motion. Doc. 34-1. The parties consented to the jurisdiction of the undersigned United States Magistrate Judge in this case. Doc. 24. The presiding District Judge approved that consent. Doc. 28.

      Where the proposed settlement involves a compromise of Plaintiff's FLSA claims, it is incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). Having reviewed the same, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between parties represented by competent counsel. The Court further finds that the agreed-upon fee and costs to be paid to Plaintiff's counsel was determined independently, did not affect the payment to Plaintiff, and otherwise appears to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

It is, therefore **ORDERED** that the Motion (Doc. 34) is **GRANTED**. The settlement is **APPROVED**, and this case is **DISMISSED** with prejudice. The Clerk is directed to close the case.

**ORDERED** in Orlando, Florida on December 13, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE